IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW 3:07-MC-49 |
| | ) | (Financial Litigation Unit) |
| KARLA A. TASSIAN-IYONMAHAN, DDS, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AA DENTAL STAFFING CO. INC., | ) | |
| Garnishee. | ) | |

**DISMISSAL OF CONSENT ORDER OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Consent Order of Garnishment filed in this case against Defendant Karla A. Tassian-Iyonmahan, DDS is **DISMISSED**. The Defendant is no longer employed by AA Dental Staffing Co., Inc.

Signed: November 3, 2014

David C. Keesler
United States Magistrate Judge