IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>KARLA A. TASSIAN-IYONMAHAN, DDS<br>    Defendant,<br><br>and<br><br>KENOSHA COMMUNITY HEALTH<br>CENTER, INC.,<br>    Garnishee. | CASE NO. DNCW3:07MC49<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Karla A. Tassian-Iyonmahan, DDS is DISMISSED.

Signed: July 24, 2015

_____
David C. Keesler
United States Magistrate Judge